# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ESAM SAMARA,**

       **Plaintiff,**

**v.**                                                                   **Case No: 6:14-cv-2111-Orl-31KRS**

**INTERNATIONAL FOOD CLUB, INC.,**

       **Defendant.**

## ORDER

Upon consideration of the Parties' Joint Objection (Doc. 30) to the Report and Recommendation of Magistrate Judge Spaulding (Doc. 29), it is

**ORDERED** that said Objection is SUSTAINED. Upon review, the Court concludes that the settlement is a fair and reasonable compromise negotiated at arms length by competent counsel. Although the fee paid to Plaintiff's counsel was not separately determined, *Bonetti v. Embarq Mgmt. Co.,* 715 F. Supp. 2d 1222, 1225 (M.D. Fla. 2009), it appears to be reasonable and acceptable to Defendant's counsel. With respect to the release, the Court reads the release to be limited to wage-related claims under the FLSA or Florida Constitution. Accordingly, it is

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (Doc. 29) is REJECTED;

2. The Joint Motion for Approval of Settlement (Doc. 28) is GRANTED, and the Settlement Agreement is APPROVED;

3. This Action is DISMISSED with prejudice and the Clerk is directed to close the file. The Court declines to exercise continuing jurisdiction over this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 15, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party